1064

[No. 56269-0-I.   Division One.   March 13, 2006.]

DAI NGUYEN, *Appellant,* v. MATSUSHITA AVIONICS SYSTEMS CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-00024-6, Bruce W. Hilyer, J., entered April 22, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, A.C.J., and Schindler, J.

[No. 56401-3-I.   Division One.   March 13, 2006.]

PAUL JENSEN ET AL., *Respondents,* v. ROGER COMPTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-18752-4, Mary Roberts, J., entered March 11, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55882-0-1.   Division One.   March 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TUAN THANH TRAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-06501-1, Michael Heavey, J., entered February 14, 2005. *Affirmed* by unpublished per curiam opinion.